*Ray & Ray,* for plaintiff.   *McElreath & Scott,* for defendant.

---

### RHODES *v.* ASHLEY.

RUSSELL, C. J.  Under the evidence the court should have submitted the case to the jury, and the trial judge erred in granting a nonsuit.
*Judgment reversed. All the Justices concur.*

No. 4950.   FEBRUARY 19, 1926.

Equitable petition. Before Judge Malcolm D. Jones. Bibb superior court. January 26, 1925.

*Hunter & Daley* and *James L. Wimberly,* for plaintiff.
*J. D. Hughes* and *D. W. McCoy,* for defendant.